**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Stacy Ed Penning, et al.

Plaintiff,

v. Case No.: 3:26−cv−00920

TransCore, LP

Defendant,

**ENTRY OF JUDGMENT**

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/20/2026 re [19].

Vicki R. Kinkade
s/ Steven M Hotze, Deputy Clerk